**Order entered August 23, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00069-CR
No. 05-16-00095-CR

**STEVEN KENT HOLLOWAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-81683-2015 & 401-82104-2015**

## ORDER

The Court **REINSTATES** the appeal.

On July 19, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We **ADOPT** the August 16, 2016 findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and has effective representation; (3) court reporter Kim Tinsley's explanation for the delay in filing the reporter's record is due to being on FMLA leave due to a family medical issue; and (4) the trial court recommended a 45-day extension for Ms. Tinsley to complete the record. We **ORDER** court reporter Kim Tinsley to file the reporter's record in this appeal no later than October 3, 2016.

/s/     LANA MYERS
        JUSTICE